# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRIVILEGE UNDERWRITERS
RECIPROCAL EXCHANGE

VERSUS

ALLTEMP INSULATIONS, INC.

NO.  2023 CW 0004

**MARCH 27, 2023**

---

In Re:    Alltemp Insulations, Inc. and Cisco's Heating & Air
          Conditioning, Inc., applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 2018-13966.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
        FOR THE COURT